IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

9.2492

MABLE B, BEAL, deceased,
   through
DEBORAH K. PUTNAM
   and
MAYNARD BEAL,
   Representatives,

RUTH M. SCHAEFFER, deceased
   through
JAN FREEMAN and DORIS BICKNELL
   Representatives

   Plaintiffs,

VS.

WALGREEN CO.,

   Defendant.

NO.: 0522370-DV
JURY DEMANDED

## CONSENT ORDER ON MOTION FOR
## ENLARGEMENT OF TIME TO ANSWER OR RESPOND

This Motion came to be heard of the written motion of Defendant, Walgreen Co. for an extension of time within which to answer the Complaint pursuant to F.R.C.P 6(b).

It appears to the Court that counsel for Defendant Walgreen Co. consulted with Plaintiff by email and counsel for Plaintiff indicated that he did not oppose Defendant's Motion and the motion should be granted.

THEREFORE IT IS ORDERED ADJUDGED AND DECREED that Defendant Walgreen Co. be, and is hereby granted an extension from June 6, 2005 to June 21, 2005 to respond to the Plaintiffs' Complaint.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05



*Diane K. Vescuo*
U.S. ~~District Court~~ Magistrate Judge

June 7, 2005
Date:

**Approved as to Form:**

Pam Warnock Green #10407
Counsel for Defendant

Larry E. Parrish #8464  *w/permission*
Counsel for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02237 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT