IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11  AM 9: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MABLE B, BEAL, deceased,
    through
DEBORAH K. PUTNAM
    and
MAYNARD BEAL,
    Representatives,

RUTH M. SCHAEFFER, deceased
    through
JAN FREEMAN and DORIS BICKNELL
    Representatives

    Plaintiffs,

VS.

                       NO.: 0522370-D
                       JURY DEMANDED

WALGREEN CO.,

    Defendant.

---

## ORDER GRANTING DEFENDANT LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR COURT TO DECLINE TO EXERCISE JURISDICTION OR IN THE ALTERNATIVE, TO STAY THE PROCEEDINGS

---

      This cause came to be heard upon the Motion of the Defendant for Leave to File Reply to

Plaintiffs' Response to Defendant's Motion for Court to Decline to Exercise Jurisdiction or in the

Alternative, to Stay the Proceedings.  Based upon the pleadings filed herein, the Court is of the

opinion that said Motion is well taken and should be granted.

      IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant

shall be granted leave to file a Reply to Plaintiff's Response to Defendant's Motion for Court to

Decline to Exercise Jurisdiction or in the Alternative, to Stay the Proceedings.

                             _____
                             Judge

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _8-16-05_

13

District Court ___ _____ _____

Date: _August 9, 2005_

**Approved as to Form:**

PAM WARNOCK GREEN #10407
LELAND M. McNABB, #7551
Attorneys for Defendant
Sixth Floor, 81 Monroe Avenue
Memphis, TN  38103-5402
(901) 624-0640

LARRY E. PARRISH #8464
Counsel for Plaintiffs
6075 Poplar Avenue, Suite 420
Memphis, Tennessee  38119
901-767-8000

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02237 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT