UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 PM 3: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MABLE B. BEAL, deceased, through <br><br> DEBORAH K. PUTNAM and MAYNARD BEAL, Representatives, <br><br> RUTH M. SCHAEFFER, deceased through <br><br> JAN FREEMAN and DORIS BICKNELL, Representatives <br><br> Plaintiffs <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | No. 052237-DV <br> JURY DEMANDED |

## ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE REPLY

On September 27, 2005, plaintiffs, representatives of Mable B. Beal, filed a motion seeking leave of Court to file a reply to the response in opposition to the motion for sanctions against defendant, Walgreen Co., to which Walgreen does not consent but does not oppose. Therefore, it is

ORDERED, ADJUDGED AND DECREED that the aforesaid motion of plaintiff should be and the same hereby is GRANTED.

Bernice Bowe Donald,
District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05

F:\Clients\Beal-Schaeffer\Pleadings\Order Granting Leave For Plaintiff To File Reply.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02237 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Honorable Bernice Donald
US DISTRICT COURT