FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 26  AM 10: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MABLE B. BEAL, deceased, through DEBORAH K. PUTNAM and MAYNARD BEAL, representatives, | )<br>)<br>)<br>) |
| RUTH M. SCHAEFFER, deceased, through JAN FREEMAN and DORIS BICKNELL, representatives, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  No.  05-2237 DV<br>) |
| WALGREEN CO., | )<br>) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR PROTECTIVE ORDER

Before the court is the October 21, 2005 motion of the plaintiffs, the representatives of Mable Beal and Ruth Schaeffer, to extend the time to respond to defendant Walgreen's October 7, 2005 motion for protective order. The certificate of consultation indicates that Walgreen does not oppose the motion.

For good cause shown, the motion is granted. The time for the plaintiffs to respond to Walgreen's motion for protective order is extended up to and including November 14, 2005.

IT IS SO ORDERED this 25th day of October, 2005.

/s/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02237 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Honorable Bernice Donald
US DISTRICT COURT