IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MABLE B. BEAL, deceased, )
through DEBORAH K. PUTNAM and )
MAYNARD BEAL, representatives, )
)
)
RUTH M. SCHAEFFER, deceased, )
through JAN FREEMAN and DORIS )
BICKNELL, representatives, )
)
)
      Plaintiffs, )
)
vs. )
)   No.  05-2237 DV
)
WALGREEN CO., )
)
      Defendant. )

## ORDER DENYING PLAINTIFFS' MOTION TO ALTER/AMEND AND/OR FOR CLARIFICATION AND RECONSIDERATION OF THE COURT'S ORDER

Before the court is the November 23, 2005 motion of the plaintiffs, Mable B. Beal and Ruth M. Schaeffer, through their representatives, to alter, amend, clarify and reconsider the court's November 14, 2005 order. In that order, the court (1) granted in part the October 7, 2005 motion of the defendant, Walgreen Co., for a protective order; (2) granted Walgreen's October 26, 2005 motion to amend the scheduling order; and (3) stayed discovery. Walgreen opposes the motion.

Motions to reconsider are not to be used to "merely restyle or re-hash the initial issues" or simply to disagree with the court's findings. *In re August, 1993 Regular Grand Jury*, 854 F. Supp.



1403, 1407 (S.D. Ind. 1994); *F.D.I.C. v. Cage*, 810 F. Supp. 745, 747 (S.D. Miss. 1993). When a party simply "views the law in a light contrary to that of this Court," the "proper recourse" is not to file a motion to reconsider but rather to file an appeal. *Dana Corp. v. United States*, 764 F. Supp. 482, 489 (N.D. Ohio 1991). Upon a careful review of the plaintiffs' motion, the court finds the plaintiffs' arguments duplicative of their earlier arguments and therefore insufficient to warrant reconsideration of the court's prior ruling.

In addition, the court's prior ruling is sufficiently clear. As stated in the court's November 14, 2005 order, "all discovery shall be stayed until fifteen (15) days after the court rules on Walgreen's pending June 21, 2005 motion . . . ." Clearly, any outstanding discovery requests and responses thereto are stayed. Pursuant to the court's order, the time for responding would begin running again fifteen days after the court rules on Walgreen's pending June 21, 2005 motion. At this time, all other dates set by the scheduling order remain in place. If such dates become an issue, the scheduling order may be further amended at the motion of the parties.

Accordingly, the plaintiffs' motion is denied.

IT IS SO ORDERED this 12th day of December, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CV-02237 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

John A. Peebles
MCNABB BRAGORGOS & BURGESS, PLLC
Sixth Floor, 81 Monroe Avenue
Memphis, TN 38103--540

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT